UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keenyn Hickman,

        Petitioner,

v.

No. 15-cv-2579 (JNE/JJK)
ORDER

Denise Wilson, Warden, and
United States of America, ex rel.,

        Respondents.

      Keenyn Hickman was sentenced to 120 months imprisonment by the United States District Court for the Southern District of Iowa. He is now serving that sentence at the Federal Correctional Institution in Sandstone, Minnesota. After unsuccessfully challenging his conviction with two petitions brought in the Southern District of Iowa under 28 U.S.C. § 2255, Hickman has now filed a petition for a writ of habeas corpus here in the District of Minnesota under 28 U.S.C. § 2241.

      In a Report and Recommendation dated June 12, 2015, the United States Magistrate Judge concludes that Hickman's petition is not properly brought in this district under § 2241 and observes that all of the claims contained therein have already been rejected by the Southern District of Iowa. The Magistrate Judge therefore recommends that this action be dismissed pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases in the United States District Courts. Hickman did not object to the Report and Recommendation, and after conducting a de novo review of the record, the Court now adopts it.

Based on the files, records, and proceedings herein, and for the reasons discussed above,

IT IS ORDERED THAT:

1. The Report and Recommendation [ECF No. 4] is ADOPTED.

2. Petitioner's Petition for a Writ of Habeas Corpus [ECF No. 1] is DENIED.

3. Petitioner's Application to Proceed In Forma Pauperis [ECF No. 2] is DENIED AS MOOT.

4. Petitioner's Request for Assistance [ECF No. 3] is DENIED AS MOOT.

5. This action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 13, 2015    s/Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge